En el Tribunal Supremo de Puerto Rico

| Wanda Colón Cortés, Lillian Rohena y las Comunidades Opuestas a la Ruta 66 Recurridos V. Junta de Calidad Ambiental, Autoridad de Carreteras y Transportación de Puerto Rico Peticionaria | Certiorari 99 TSPR 118 |
|---|---|

Número del Caso: CC-1998-0161 Consolidado con CC-1998-163

Abogados de la Junta de Calidad Ambiental

        Lcdo. Fernando Molini Vizcarrondo
        Hon. Carlos Lugo Fiol,
        Procurador General

Abogados de la Autoridad de Carreteras y Transportación de Puerto Rico

        Lcdo. Luis A. Rivera Cabrera
        Lcdo. Juan Carlos Fierres
        Lcdo. Melvin E. Maldonado Colón
        Lcdo. Raúl Castellanos Malavé

Abogada de Wanda Colón Cortés, Lillian Rohena y las Comunidades Opuestas a la Ruta 66

        Lcda. Jessica Rodríguez Martin


Tribunal de Circuito de Apelaciones: Circuito Regional I

Panel integrado por: Hon. Alfonso de Cumpiano
                     Hon. Giménez Muñoz
                     Hon. Miranda de Hostos

Fecha: 7/9/1999

Materia: Derecho Administrativo

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

Wanda Colón Cortés, Lillian
Rohena y las Comunidades
Opuestas a la Ruta 66

    Demandantes-recurridos

                        CC-98-161

    CERTIORARI

       vs.                CC-98-163

Junta de Calidad Ambiental,
Aut. de Carreteras y Transp.
de Puerto Rico

    Demandados-peticionarios


SALA ESPECIAL DE VERANO INTEGRADA POR EL JUEZ ASOCIADO SEÑOR REBOLLO LÓPEZ, COMO SU PRESIDENTE, LA JUEZ ASOCIADA SEÑORA NAVEIRA DE RODÓN Y EL JUEZ ASOCIADO SEÑOR FUSTER BERLINGERI


RESOLUCION


San Juan, Puerto Rico a 9 de julio de 1999


A la moción informativa, de fecha 15 de junio de 1999, radicada por la Junta de Calidad Ambiental, el Tribunal se da por enterado.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Naveira de Rodón emitió Voto Particular, al cual se une el Juez Asociado señor Fuster Berlingeri.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

–

Wanda Colón Cortés y otros

     Peticionarios

             vs.

Junta de Calidad Ambiental
y otros

     Recurridos

CC–1998–161
CC–1998–163

Voto Particular emitido por la Juez Asociada señora Naveira de Rodón al cual se une el Juez Asociado señor Fuster Berlingeri.

San Juan, Puerto Rico, a 9 de julio de 1999

El 15 de junio de 1999, la Junta de Calidad Ambiental (en adelante JCA) presentó una moción titulada "Moción Informativa" con la cual acompañó la resolución que emitiera el 14 de junio de 1999, R–99–21–1 en el caso de la "Ruta 66". En dicha moción nos solicita tomemos "conocimiento de la Resolución R–99–21–1 [y que determinemos] como adecua[da] y comple[ta] la DIA-Final sometida por la Autoridad de

Carreteras y Transportación para el proyecto propuesto Ruta 66."

Nos sorprende grandemente esta petición, ya que este asunto se encuentra en la actualidad en revisión ante el Tribunal de Circuito de Apelaciones. Resulta inapropiado que una parte pretenda, mediante la presentación de una supuesta moción informativa, obviar el trámite apelativo establecido trayendo ante este Tribunal, a destiempo, un asunto que, como ya expresáramos, aún se encuentra ante la consideración del tribunal apelativo intermedio. Es deber de la representación legal de las partes evitar la mala utilización de los procedimientos judiciales. Este proceder ocupa innecesariamente el tiempo y los escasos recursos de los tribunales y contribuye al congestionamiento y atraso en la resolución de los casos. No permitiremos este tipo de conducta.


Miriam Naveira de Rodón
Juez Asociada